**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Julio CANTERO–MENDIOLA, also known as Julian Cantero, also known as Antonio Montello, Defendant–Appellant.**

**No. 09–10883**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 20, 2010.

Amanda R. Burch, Assistant U.S. Attorney, U.S. Attorney's Office, Northern Dis-

trict of Texas, Lubbock, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Julio Cantero–Mendiola, Forrest City, AR, pro se.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Julio Cantero–Mendiola has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cantero–Mendiola has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

